Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs on giving stipulation not to sue for false imprisonment.

The People of the State of New York ex rel. Henry D. Nicoll, Appellant, v. The New York Infant Asylum, Respondent. — Order directing alternative mandamus affirmed, with ten dollars costs and disbursements.

Charles H. George and another, Appellants, v. Richard S. Grant, Respondent. — Order affirmed, with ten dollars costs and disbursements.

John F. Maxfield, Respondent, v. Ann. Taylor and another, Appellants. — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by Daniels, J.

William A. Torrey, Receiver, etc., Appellant, v. Sarah Wilde and another, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Patrick Cassidy, Respondent, v. John B. Cornell, Appellant. — Judgment affirmed, with costs.

Peter Chapman, Appellant, v. Edwin P. Bassett, Respondent. — Order reversed, without costs. See opinion in Meyer v. Rasquin.

William Moores, Respondent, v. John Townshend, Impleaded, etc., Appellant. — Judgment affirmed, with costs.

Catherine Zapp, Respondent, v. Charles J. Miller, Appellant. — Order appointing receiver affirmed, with ten dollars costs and disbursements. Order denying motion to set aside interlocutory judgment affirmed, with ten dollars costs and disbursements.

Samuel E. Bloch, Appellant, v. Gustave Simons, Respondent. — Order affirmed, without costs. Opinion by Daniels, J.

The Second National Bank, Plaintiff, v. Arthur Dyett and another, Defendants. — Order reversed, with ten dollars costs and disbursements, and motion granted with leave to renew on further papers showing by proper proof the necessity for an examination.

Hugh Smith and others, Respondents, v. Solomon Jacobs, Appellant. — Order reversed, with ten dollars costs and disbursements; amount paid to be reimbursed, together with expenses of searching title; order denying motion requiring purchaser to complete, affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J. Order to be settled by Daniels, J.

In the Matter of Matthias B. Smith. — Order affirmed on opinion of Lawrence, J., with ten dollars costs and disbursements.

The People of the State of New York ex rel. Panama Railroad Company, Respondents, v. Commissioners of Taxes, etc., Appellants. — Order affirmed, without costs.

In the Matter of the Church at Harsenville. — Order affirmed, with ten dollars costs and disbursements.

Constance B. Price, Appellant, v. Stephen Brown and others, Respondents. — Order reversed, without costs, and motion granted on stipulation as proposed.

The People of the State of New York ex rel. James S. T. Stranahan and others, Respondents, v. Hubert O. Thompson and others, Appellants. — Order affirmed on the opinion of Lawrence, J., in the court below.

Charles Partridge, Respondent, v. John J. Haly and another, Appellant. — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of Ferdinand Forsch. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Paul Gangy, Appellant. — Judgment reversed; new trial ordered.

The President, etc., Bank of Mobile, Respondent, v. Phœnix Insurance Company, Appellant. — Judgment affirmed.

Anna R. Gilman, Respondent, v. Aaron Healy, Appellant — Order affirmed, with ten dollars costs and disbursements.

Mary M. Watson, Appellant, v. John D. Phyfe, Respondent. — Orders affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

William J. Purman, Appellant, v. George H. Levis, Respondent — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Butchers' Hide and Melting Association v. Thomas B. Asten and others. — Proceedings affirmed on authority of People v. Commissioners of Taxes and Assessments (95 N. Y., 554) and writ dismissed, with costs.

Nathan Boehm, Respondent, v. Adler Distilling Company, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Jane Reilly, as Executrix, etc., Respondent, v. The Mayor, etc., of the City of New York, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion Per Curiam.

Henry R. Lounsbery, Respondent, v. Henry H. Hayden, Appellant. — Judgment affirmed.

In the Matter of Ruth A. Schulting, — Order reversed and reference directed to Nathaniel Jarvis, Jr., Esq., to ascertain and report to this court his opinion whether it is for the interest of the infant that the prayer of the petition be granted.

Alexander Buderus, Plaintiff, v. Henry Immen, Defendant. — Judgment ordered for plaintiff, with costs. Opinion Per Curiam.

Wells, Fargo & Company, Respondent, v. Erwin Davis, Appellant. — Judgment affirmed.

Louis Farber, Administrator, etc., v. Staten Island Railway Company.

Elizabeth Higgins v. The Same.

Amasa Higgins v. The Same.

Isabella Homan v. The Same.

George M. Hogan v. The Same.—Orders affirmed, without costs.

George F. Eschbach, Respondent, v. Theodore M. Amsdell and another, Appellants, — Order reversed, with ten dollars costs to abide event.

Charles F. Wetmore, Respondent, v. Charles G. Patterson, appellant.

Same v. Same. — Order reversed and motion granted, with costs of motion below and of this appeal to appellant to abide event.

Charles McRoberts, Appellants, v. Elıza T. Harrison, Respondent, Impleaded, etc. — Order reversed and injunction continued, with ten dollars costs and disbursements. Opinion by Daniels, J.

John Kafka and another, Respondents, v. Mayer Wile, Appellant. — Judgment affirmed.

John Benkendorff, Respondent, v. The New York, Lake Erie and Western Railway Company, Appellant. — Judgment reversed, without costs.

Chemical National Bank, Respondent, v. William Pitt, Appellant, Impleaded, etc. — Order affirmed, with costs.

Dennis G. Barber v. Abendroth Brothers. — Motion for leave to go to Court of Appeals granted.

The National City Bank v. The New York Gold Exchange Bank. — Motion to correct record granted.

Polydore Duclos v. William T. Cunningham. — Motion denied.

Daniel Herbert and another v. Warren S. Dey.— Motion denied.

The People of the State of New York v. Manhattan Fire Insurance Company. — Application granted.